IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>LIMETREE BAY SERVICES, LLC, *et al.*,[1]<br>Debtors. | CHAPTER 11<br>CASE NO.: 21-32351<br>(Jointly Administered) |
| LIMETREE BAY REFINING, LLC<br><br>Plaintiff,<br><br>v.<br><br>BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, FRANCIS E. CHARLES, THERESA J. CHARLES, HELEN SHIRLEY, ANISHA HENDRICKS, CRISTEL RODRIGUEZ, JOSIE BARNES, ARLEEN MILLER, ROSALBA ESTEVEZ, ISIDORE JULES, JOHN SONSON, VIRGINIE GEORGE, CLIFFORD BOYNES, CHRISTOPHER CHRISTIAN, MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS, EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, MYRNA MATHURIN, JOAN MATHURIN, LEOBA JOHN BAPTISTE, WARRINGTON CHAPMAN, AND ANNE MARIE JOHN BAPTISTE<br><br>Defendants. | Adv. Pro. No. 21-03791 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

## ORDER COMPELLING
## ATTENDANCE OF THE DEBTOR'S INSURERS AT MEDIATION

Upon the motion (the "**Motion**")[2] of the Limetree Bay Refining, LLC (the "**Debtor**"), for entry of an order (this "**Order**") compelling the Debtor's insurers, namely American International Group UK Limited, Allianz Global Corporate & Specialty / Interstate Fire and Casualty Co., Arch Insurance (Bermuda), Argo Re Ltd., AXA XL Bermuda Ltd., Axis Surplus Lines Insurance Company, Chubb Bermuda Insurance Ltd., Chubb North American on behalf of Westchester Surplus Lines Ins. Co., Endurance Specialty Insurance Ltd., Enviant, Ironshore Specialty Insurance Company, Hamilton Re Ltd., Liberty Specialty Markets Bermuda Limited, Markel Bermuda Limited / Evanston Insurance Company, Oil Casualty Insurance, Ltd., SCOR, and Underwriters at Lloyd's of London/The Chaucer Group and Apollo Syndicate Management Ltd. (collectively, the "**Insurers**") to attend mediation currently pending before the Honorable Marvin Isgur as Mediator (the "**Mediator**"), as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estates, their creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtor's Insurers are required to attend Mediation sessions with the Mediator.

2. This Order shall remain in full force and effect until further order of this Court.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Signed: August 27, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**