United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 31, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |
| LIMETREE BAY REFINING, LLC | Adv. Pro. 21-03791 |
| Plaintiff, | |
| v. | |
| BEECHER COTTON, PAMELA COLON, SIRDINA ISAAC-JOSEPH, ESTHER CLIFFORD, SYLVIA BROWNE, ALVINA JEAN-MARIE ILARRAZA, FRANCIS E. CHARLES, THERESA J. CHARLES, HELEN SHIRLEY, ANISHA HENDRICKS, CRISTEL RODRIGUEZ, JOSIE BARNES, ARLEEN MILLER, ROSALBA ESTEVEZ, ISIDORE JULES, JOHN SONSON, VIRGINIE GEORGE, CLIFFORD BOYNES, CHRISTOPHER CHRISTIAN,  MARGARET THOMPSON, DELIA ALMESTICA, CARLOS CHRISTIAN, ANNA REXACH-CONSTANTINE, MERVYN CONSTANTINE, NEAL DAVIS,  EDNA SANTIAGO, GUIDRYCIA WELLS, O'SHAY WELLS, AARON G. MAYNARD, VERNE MCSWEEN, ROCHELLE GOMEZ, MYRNA MATHURIN, JOAN MATHURIN, LEOBA JOHN BAPTISTE, WARRINGTON CHAPMAN, AND ANNE MARIE JOHN BAPTISTE, | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**STIPULATION AND AGREED ORDER AMONG THE
DEBTOR AND THE BERMUDA INSURERS TO VACATE THE ORDER
COMPELLING ATTENDANCE OF THE DEBTOR'S INSURERS AT MEDIATION**

(Docket Nos. 101 and 103)

Limetree Bay Refining, LLC (the "**Limetree Refining**," or the "**Debtor**") and counsel for the following insurers: Arch Reinsurance Ltd., Chubb Bermuda Insurance Ltd., Endurance Specialty Insurance Ltd., Liberty Specialty Markets Bermuda Ltd., Markel Bermuda Ltd., XL Bermuda Ltd., Argo Re Ltd., Oil Casualty Insurance, Ltd. ("OCIL") and Hamilton Re Ltd. (collectively, the "Bermuda Insurers"), by way of special appearance, and solely for the purposes of contesting jurisdiction and proper service of process, hereby enter into this stipulation and agreement to vacate this Court's Mediation Order, Docket No. 101 ( "**Stipulation and Agreed Order**"). In support of this Stipulation and Agreed Order, the Debtor and Bermuda Insurers state as follows:

The Debtor is presently engaged in a mediation (the "**Mediation**") before the Hon. Judge Isgur (the "**Mediator**"), concerning claims arising from the class action litigation styled *Cotton v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00261 (D.V.I.) (the "***Cotton* Class Action**"), *Shirley v. Limetree Bay Ventures LLC*, Case No. 1:21-cv-00259 (D.V.I.) (the "***Shirley* Class Action**"), and *Boynes v. Limetree Bay Ventures, LLC,* Case No. 1:21-cv-00253 (D.V.I.) (the "***Boynes* Class Action**"). On August 27, 2021, the Court entered its Order Compelling Attendance of Debtor's Insurers at Mediation, Dkt. 101 (the "**Mediation Order**").

Certain international insurers have alleged that the Court's Mediation Order is void for lack of jurisdiction. Judge Isgur has suggested that he would be pleased to communicate with those insurers through certain attorneys as intermediaries. All other parties have agreed to participate voluntarily in the Mediation. Accordingly, the Mediation Order is no longer required,

and is hindering the progress of the Mediation. The Debtors and the insurers, by special appearance, request entry of this attached order.

**NOW THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation and Agreed Order, the Parties hereby stipulate and agree as follows:

1. Pursuant to the Parties' stipulation, and based on the mutual assurances and reservations of rights provided herein, the Mediation Order is vacated.

2. Although the Mediation Order is vacated, parties may voluntarily attend Mediation with Judge Isgur, through counsel, and without waiving any rights to contest jurisdiction, service or otherwise. Judge Isgur will have all of the protections and immunities of a bankruptcy judge when serving as Mediator in this case.

IT IS SO ORDERED.

**Signed:  August 31, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**STIPULATED AND AGREED TO ON THIS 31st DAY OF AUGUST, 2021**

                                                  **BAKER & HOSTETLER LLP**

                                                _/s/ *Jimmy D. Parrish*_
                                             **Elizabeth A. Green, Esq.**
                                             Fed ID No.: 903144
                                             **Jimmy D. Parrish, Esq.**
                                             Fed. ID No. 2687598
                                             SunTrust Center, Suite 2300
                                             200 South Orange Avenue
                                             Orlando, FL  32801-3432
                                             Telephone:  407.649.4000
                                             Facsimile:   407.841.0168
                                             Email: egreen@bakerlaw.com
                                                           jparrish@bakerlaw.com

                                             **BAKER & HOSTETLER LLP**
                                             **David J. Richardson, Esq.**
                                             CA Bar No. 168592
                                             **Lauren Attard, Esq.**
                                             CA Bar No. 320898
                                             11601 Wilshire Blvd., Suite 1400
                                             Los Angeles, CA 90025
                                             Telephone: 310-820-8800
                                             Facsimile: 310-820-8859
                                             E-mail: drichardson@bakerlaw.com
                                             E-mail: lattard@bakerlaw.com
                                             *Proposed Counsel for the Debtors and Debtors in Possession*

4840-8464-6137.2

        **CLYDE & CO. US LLP**

        */s/ Paul Koepff*
        **Paul Koepff, Esq.**
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174
        Telephone:  1.212.710.3900
        Facsimile:  1.212.710.3950
        Email:  paul.koepff@clydeco.us
        *Specially Appearing for Arch Reinsurance Ltd., Chubb Bermuda Insurance Ltd., Endurance Specialty Insurance Ltd., Liberty Specialty Markets Bermuda Ltd., Markel Bermuda Ltd., XL Bermuda Ltd., Argo Re Ltd., and Hamilton Re Ltd.*

        **PAUL FRANK + COLLINS P.C.**

        */s/ Nolan C. Burkhouse*
        **Nolan C. Burkhouse, Esq.**
        One Church Street | P.O. Box 1307
        Burlington, Vermont 05402-1307
        Telephone:  1.802.658.2311
        Facsimile:  1.802.658.0042
        Email:  nburkhouse@pfclaw.com
        *Specially Appearing for Oil Casualty Insurance, Ltd.*